FILED - USDC -NH
2024 MAY 9 PM 2:01

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| Nicholas Gerard Varga | |
|---|---|
| Plaintiff(s) | |
| v. | COMPLAINT |
| Mike White & Illumination, Benjamin Renner, Chris Meledandri | Copyright Infringement, Fraud |
| Defendant(s) | |

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

Nicholas Gerard Varga
9 River Street Apt. D37
603 401 6131
Newmarket N.H.
03857

Defendant(s)'s Name, Address and Phone Number

Chris Meledandri
2230 Broadway
Santa Monica, CA
Illumination Animation

Mike White
233 21st place
Santa Monica

USDCNH-102 (Rev. 5/7/13)                Page 1 of 5

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

I am going to conduct a private investigation on multiple businesses with the Federal Trade Commission to investigate a business linked to scamming the public. These businesses are entertainment related. I believe a copyright infringement has taken place, as information is being taken into these businesses and they are passing around the publics information as without the knowledge of the public who pays for their services. Each of these businesses has a website which should have a system of where the information is being sent to. In regards, the perpetrators should be linked to. If not, then the businesses are hiring non-applicated employees to read their information. Therefore, I have a paper trail of entering my own information. And I would like to find the history of each reader and judge that should have been kept filed in their system of applicated employees.

I have been working in the industry as a stunt performer and a licensed literary agent and I have been studying the different territories. And I have found some people to be deceitful.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

Between the dates of 2016 to present I had been entering the writing business. In which I presented my copyright material to their system which was read by several people. My screenplay log line is "Silly Seagulls from New England go on an adventure to find a party at Disney Land". The screenplay was passed around. They took the screenplay and built off of it changing the Dialogue, the character to ducks, and then merely changed the obstacles in which the log line became "A family of Ducks from New England go on adventure to find a party in Jamaica".

The writer changed things into his own Volume and the Company "Illumination" unfortunately proceeded to work on an infringed copyright material.

I want to subpoena their chain of title documents providing their writing/writers info, copyright sale/purchases, and as well as anyone who could be filed as a private individual regarding the copyright and screenplay affiliate. Ghostwriter info if there is any. As well as other employees that link from their businesses to "Illumination"...

I believe the story was stolen from those inside of the Nantucket Film Festival. They were definitely talented enough to change multiple ideas within the script. The readers were narcissistic enough to deny my material but turn around to take it as their own. Also now its been distributed...

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

The screen play took me five years to write and I am scared they will steal more and other ideas from me if/when they decide to make a sequal. My script also currently has a sequal I will now never introduce to them.

I want to see if any names are linked between the festivals, websites, and major business regarding to the production of the movie as well.

In these businesses when you ask for feedback they hide their names with things like "read by: xp3491"
Some websites could have "hiding features"
writing and entertainment Businesses associated:

ScreenCraft
CoverFly  ← These two are connected in business
The Black List
Nantucket Film Festival
Script Pipeline
Los Angeles International Screenplay Awards
Newmedia Film Festival
Big Apple Film Festival Screenplay competition
Topteir Competition
Scriptapalooza

Someone may have also defamed my name in the WGA

## Jury Demand

☒ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: April 7, 2024

Signature: _[signature]_