UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Nicholas Gerard Varga

    v.                      Case No. 24-cv-130-LM-TSM

Mike White, et al.

O R D E R

After due consideration of the objections filed (doc. nos. 88 & 93),[1] I herewith approve the Reports and Recommendations of Magistrate Judge Talesha L. Saint-Marc (doc. nos. 84 & 85) dated July 14, 2025. The court grants the motions to dismiss (doc. nos. 43 & 57). Accordingly, the claims against defendant Mike White are dismissed for lack of personal jurisdiction and the claims against defendants Chris Meledandri, Illumination Entertainment, and NBCUniversal Media are

---

[1] Plaintiff submitted a number of exhibits (doc. nos. 91-1 through 91-8; and doc. nos. 93-1 through 93-13) in addition to his objections to the Reports and Recommendations. See doc. nos. 91 & 93. These exhibits are, with limited exceptions, similar in nature to the exhibits plaintiff submitted in opposition to the motions to dismiss, and are not appropriate for consideration at this stage for the same reasons articulated in the Reports and Recommendations: they are not properly authenticated, and they do not fall within any category of documents that may be considered in deciding a motion to dismiss under Rule 12(b)(6). See, e.g., doc. no. 84 at 9-10. The exceptions are doc. nos. 93-11 and 93-12, which are, respectively, annotated excerpts from plaintiff's original script, and that script in its entirety. Those documents are appropriate for consideration on this motion because, as explained by Magistrate Judge Saint-Marc, the script was incorporated into the complaint by reference. See id. at 9-10. Thus, in reviewing plaintiff's objections to the Report and Recommendations, the court considered doc. nos. 93-11 and 93-12. Plaintiff's motion for leave to file these documents (doc. no. 91), as well as his request for leave to file his objection (doc. no. 87), are granted.

dismissed on the merits. The court further dismisses the claims against defendant Scott Lawrie for lack of personal jurisdiction.[2]

CONCLUSION

For these reasons, the Reports and Recommendations (doc. nos. 84 & 85) are approved. Defendants' motions to dismiss (doc. nos. 43 & 57) are granted.

Plaintiff's motion for leave to file an objection (doc. no. 87) is granted, and his objection (doc. no. 88) was considered for purposes of this order. Plaintiff's motion for leave to file an appendix (doc. no. 91) is granted in part and denied in part. See Footnote 1, supra.

Plaintiff's motion for a hearing (doc. no. 92) is denied.

Plaintiff's motion for a litigation hold (doc. no. 48), his motion for a subpoena (doc. no. 86), his motion to sever defendant Scot Lawrie from this case (doc. no. 89), and his motion to transfer (doc. no. 90) are terminated as moot.

The clerk of court shall enter judgment accordingly and close the case.

SO ORDERED.

_____
Landya B. McCafferty
Chief Judge

Date: August 21, 2025

cc: Nicholas Gerard Varga, pro se
    Counsel of Record

---

[2] Because the court does not find that oral argument would be of assistance here, document number 92 is denied.

2